# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ALEXIS DWYER

        Plaintiff

   v.

                                                         Civil Action No.  2:24-cv-199

CONTEMPORARY INFORMATION CORP.

        Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____ recover from the defendant _____ the amount of_____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

__X__ Other:  This case is DISMISSED pursuant to Rule 12(c). Judgment ENTERED in favor of Defendant Contemporary Information Corp. and against Plaintiff Alexis Dwyer.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

__X__ decided by Judge Gretchen S Lund on Motion to Dismiss.

DATE: 6/10/2025                                CHANDA J. BERTA, CLERK OF COURT

                                                             by   s/A. Highlen_____
                                                             *Signature of Clerk or Deputy Clerk*